THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEAN PAUL MPOULI,<br><br>Defendant. | CASE NO. CR19-0072-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for withdrawal and substitution of counsel (Dkt. No. 14). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that Tuella O. Sykes of the law firm Law Office of Tuella O. Sykes is hereby withdrawn as counsel of record in this matter and Scott J. Engelhard of the law firm Law Office of Scott Engelhard is substituted as counsel of record for Defendant. All future pleadings should be served on Mr. Engelhard.

DATED this 26th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR19-0072-JCC
PAGE - 1