THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>     v.<br>JEAN MPOULI,<br><br>               Defendant. | CASE NO. CR19-0072-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to continue the trial date (Dkt. No. 25). Defendant has filed a speedy trial waiver up to and including April 6, 2020. (Dkt. No. 18-1.) Having thoroughly considered the motion and Defendant's speedy trial waiver, the Court FINDS that:

    1.     Failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

    2.     The additional time requested is a reasonable period of delay, as the parties have requested more time to adequately prepare for trial;

    3.     The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

    4.     The additional time requested between the current trial date and the new trial date

is necessary to provide the parties reasonable time to prepare for trial.

For the foregoing reasons, the parties' stipulated motion to continue the trial date (Dkt. No. 25) is GRANTED. It is therefore ORDERED that the trial date is CONTINUED from March 2, 2020 to March 23, 2020 at 9:30 a.m., and that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv).

DATED this 6th day of February 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE