THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0072-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JEAN MPOULI, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial in this matter is scheduled to commence September 20, 2021 at 9:30 a.m. In preparation for trial, the parties are DIRECTED to submit motions *in limine*, if any, along with proposed joint jury instructions and a proposed joint verdict form, by September 10, 2021. Responses to motions *in limine*, if any, shall be filed no later than September 14, 2021. The Court will provide oral rulings on the motions *in limine* the morning of trial. If a pretrial conference is necessary, it will occur at 8:30 a.m. the morning of trial.

The parties are further DIRECTED to submit two sets of course-of-trial and end-of-trial jury instructions and a verdict form: one numbered sequentially, with citations, and indicating whether the instruction is agreed or disputed, and another set without numbering, citations, or

indication whether the instruction is agreed or disputed. The parties should refer to the instructions in Local Civil Rule 51 for further details about how to prepare and format the jury instructions. All standard jury instructions should be included. A clean copy of the proposed instructions and verdict form should also be submitted in Word format to the following e-mail address: CoughenourOrders@wawd.uscourts.gov. The parties are advised that the Court rarely departs from the Ninth Circuit's model instructions.

Prior to trial, the parties are to confer with the courtroom deputy regarding the witness and exhibit lists. Any amended versions filed subsequent to this meeting should be accompanied by a redlined version sent to the courtroom deputy.

For further guidance, the parties should consult the Local Rules and this Court's website regarding chambers procedures.

DATED this 13th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk