THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JEAN MPOULI,<br><br>　　　　　　Defendant. | NO. CR19-0072-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO DISMISS COUNTS 3, 8, 13, 18, AND 19 |

Pending before the Court is the Government's Unopposed Motion for Leave to Dismiss Counts 3, 8, 13, 18, and 19 of Indictment. The Court finds good cause to GRANT the motion pursuant to Federal Rule of Criminal Procedure 48 and hereby ORDERS that Counts 3, 8, 13, 18, and 19 are dismissed without prejudice.

DATED this 7th day of September 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:
/s/ Francis Franze-Nakamura
Assistant United States Attorney

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COUNTS – 1
*United States v. Mpouli*, CR19-0072-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970