THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JEAN MPOULI,<br><br>　　　　　　　Defendant. | CASE NO. CR19-0072-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. During trial, Defense lodged an objection to the introduction of Government's Exhibit 77, Folder with Financial Documents (Physical), which the Court denied. This order provides the basis for the Court's ruling.

Defense objected to Exhibit 77 on relevancy grounds. According to Federal Rule of Evidence 403, the Court "may exclude relevant evidence if its probative value is substantially outweighed by a danger of . . . unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." The Court FINDS that in this instance, Defendant's financial records are relevant in proving the scope of and motive for his alleged crimes and the probative value of this evidence is not substantially outweighed by a risk of unfair prejudice or related considerations. Accordingly, the Government's Exhibit 77 is admissible on these grounds.

//

DATED this 21st day of September 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE