THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7                               UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
8                                       AT SEATTLE
9   UNITED STATES OF AMERICA,                    CASE NO. CR19-0072-JCC
10                            Plaintiff,          ORDER
11          v.
12  JEAN MPOULI,
13                            Defendant.
14

15          This matter comes before the Court on the Government's motion to seal certain exhibits
16  to its sentencing memorandum (Dkt. No. 99). Having thoroughly considered the parties' motion
17  and the relevant record, the Court GRANTS the motion.
18          The First Amendment protects the public's right of access to criminal trials. *See, e.g.*,
19  *Globe Newspaper Co. v. Super. Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982). The public also
20  has a common law right to inspect and copy public records, including those from judicial
21  proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not
22  absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is
23  substantially likely to be harmed if the document is not sealed, and (3) there are no less
24  restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998
25  (9th Cir. 2017).
26          The Government seeks to maintain under seal those exhibits to its sentencing

memorandum containing individual's personal tax information. (*See* Dkt. No. 99 at 2.) The Court has reviewed the documents at issue and finds that sealing them would serve a compelling interest in protecting those individuals' sensitive financial information. This is a compelling interest which is likely to be harmed absent sealing for which there are no less restrictive measures available.

Accordingly, the Court GRANTS the Government's motion to seal. (Dkt. No. 99.) Exhibits 2, 3, 4, and 5 to the Government's sentencing memorandum (Dkt. No. 101) will remain under seal pending further order of the Court.

DATED this 13th day of January 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0072-JCC
PAGE - 2